UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASSOCIATION OF COMMUNITY : 
ORGANIZATIONS FOR REFORM NOW, :
SONYA BOOKER, MYCUTA AIS, AND :
DOROTHY SHEPPARD :
: **STIPULATION OF**
: **DISCONTINUANCE**
  *Plaintiffs,* :
:
  -against- : Civ. 05 0153
: (J.S., U.S.D.J.)
: (W.D.W., MJ)
GARDEN CITY PROPERTIES, :
INCORPORATED AND BARBARA :
DONAHUE :
:
:
  *Defendants.* :
:

The parties to this action, by their undersigned counsel, stipulate and agree as follows:

No party to this action is an infant or a person who is incapacitated for whom a guardian has appointed.

This action is hereby discontinued with prejudice, against both Defendants, and without costs to any party. This stipulation may be submitted to the court by either Plaintiff or Defendants without further notice to the other.

Dated: New York, New York
   August 22, 2005

SHEARMAN & STERLING LLP

By:_____
   William J.F. Roll, III (WR 8996)
599 Lexington Avenue
New York, New York
Tel.: (212) 848-4260
Fax: (212) 848-7179

*Attorneys for Plaintiffs*

SO ORDERED:

L'ABBATE BALKAN COLAVITA
& CONTINI, LLP

By:_____
   Peter L. Contini, Esq. (PLC 0169)
1050 Franklin Avenue
Garden City, New York 11530
Tel: (516) 294-8844 x 6320
Fax: (516) 294-8202

. *Attorneys for Defendants*